UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN FREDERICK GREENWOOD,

            Petitioner,

   v.

PATRICK GLEBE,

            Respondent.

CASE NO. C13-5027 RBL-JRC

ORDER

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

   (1)   The Court adopts the Report and Recommendation;

   (2)   This petition is dismissed as time barred pursuant to 28 U.S.C. § 2244(d). No Certificate of Appealability will be issued.

DATED this 23rd day of April, 2013.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1